BRUNNEMER, Respondent, v. COOK & BERNHEIMER CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by John Brunnemer, as receiver of the property of James N. Connelly, against the Cook & Bernheimer Company and another. No opinion. Motion denied for want of power.

BRUSCO, Respondent, v. STAR CO., Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Iole Brusco against the Star Company. From an order granting a preference and setting the case for trial on a day certain in the October term of the court, defendant appeals. Reversed. David B Hill, for appellant. Joseph J. Cunningham, for respondent.

PER CURIAM. For the reasons stated in the opinion in the case of Riglander v. Star Company (decided herewith) 90 N. Y. Supp. 772, the order appealed from should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

LAUGHLIN, J., dissents.

BUFFALO CEREAL CO., Respondent, v. ATKINS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by the Buffalo Cereal Company against Charles Atkins.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., dissents. WILLIAMS, J., not voting.

BUFFALO STRUCTURAL STEEL CO., Respondent, v. DICKINSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by the Buffalo Structural Steel Company against Charles E. Dickinson.

PER CURIAM. The order denying defendant's motion for a new trial herein, upon the ground of the misconduct of certain jurors, having been reversed, and a new trial granted, by a decision handed down herewith (90 N. Y. Supp. 268), the judgment and order denying defendant's motion for a new trial upon the minutes of the court are hereby reversed, with costs to the appellant to abide event. See opinion of McLENNAN, P J., upon reversal of the order denying motion for new trial for misconduct of jurors.

BUFFALO UNION FURNACE CO., Respondent, v. ALDRICH, Appellant. (Supreme Court, Appellate Division. Fourth Department. October 11, 1904.) Action by the Buffalo Union Furnace Company against J. Frank Aldrich, as trustee, etc.

PER CURIAM Judgment affirmed, with costs.

WILLIAMS, J., not voting.

In re BUNTING'S ESTATE. (Supreme Court, Appellate Division, First Department. November 11, 1904.) In the matter of Ella F. Bunting, deceased. A. B. Cruikshank, for appellant. T. McIlvaine, for respondent. No opinion. Decree and order affirmed, with costs.

BURNS, Respondent, v. BORDEN'S CONDENSED MILK CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1904.) Action by Martin F. Burns against Borden's Condensed Milk Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

BURRELL, Appellant, v. SWARTZ PRODUCE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Andrew Burrell against the Swartz Produce Company. No opinion. Motion to dismiss appeal granted, with $10 costs of this motion only.

BURTON, Respondent, v. LEMAY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 23, 1904.) Action by James H. Burton against Eustace H. Lemay and another. No opinion. Reargument ordered, and case set down for Wednesday, November 30, 1904.

BUSCHE, Appellant, v. LIPPMANN et al., Respondents. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Thomas W. Busche against Israel Lippmann and others. S. L. Samuels, for appellant. J. P. Joachimsen, for respondents. No opinion Order affirmed, with $10 costs and disbursements.

BUSHA, Respondent, v. ALICE FALLS CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Mary E. Busha, as administratrix, etc., against the Alice Falls Company. No opinion. Judgment and order unanimously affirmed, with costs.

BUTLER, Appellant, v. BUFFALO, R. & P. RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by William H. Butler, as administrator, etc., against the Buffalo, Rochester & Pittsburg Railway Company and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS, J., not sitting.

CAFLISCH, Respondent, v. ROWLEY, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by Bridget Caflisch against William Rowley.

PER CURIAM. Order modified, by striking out the provision imposing costs, and, as modified, affirmed, without costs of this appeal. The determination of this appeal renders it unnecessary to pass upon the motion for a stay of proceedings in this case.

CAFLISCH, Respondent, v. ROWLEY, Appellant. (Supreme Court, Appellate Division,

Second Department. October 14, 1904.) Action by Bridget Caflisch against William Rowley. No opinion. Motion denied, without costs.

CAFLISCH, Appellant, v. ROWLEY, Respondent. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by Bridget Caflisch against William Rowley. No opinion. Motion to dismiss appeal granted, without costs.

CAHILL v. CITY OF ROCHESTER. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by Bernard Cahill against the city of Rochester. No opinion. Motion for leave to appeal to the Court of Appeals granted.

CAHILL v. HOGAN, Mayor, et al. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by John F. Cahill against Joseph F. Hogan, as mayor of the city of Troy, and others, together assuming to act as the municipal improvements commission of the city of Troy.
PER CURIAM. Order (89 N. Y. Supp. 1022) affirmed, with $10 costs and disbursements to the respondent.
SMITH and CHASE, JJ., dissent.

In re CALDWELL (Supreme Court, Appellate Division, Second Department. November 23, 1904.) In the matter of the application of Morrison H. Caldwell for admission to the bar. No opinion. Application granted.

CALDWELL et al. v. LABAREE et al. (Supreme Court, Appellate Division, First Department. November 18, 1904.) Action by Howard Caldwell and another against J. Walter Labaree and another. No opinion. Motion denied, on payment of $20 costs.

CARLE v. STARRETT et al. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by John J. Carle, as executor, against George B. Starrett and others. C. A. Wendell, for appellant. J. G. Boston, for respondents. No opinion. Order affirmed, with costs.

In re CATOIR. (Supreme Court, Appellate Division, First Department. October 14, 1904.) In the matter of John Catoir. No opinion. See memorandum.

In re CATOIR. (Supreme Court, Appellate Division, First Department. November 18, 1904.) In the matter of John Catoir. No opinion. Motion granted.

CHAPMAN & CO., Appellants, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by Chapman & Co. against the city of New York.
PER CURIAM. Judgment of the Municipal Court affirmed, with costs, on the authority of Rosenstock v. City of New York (decided herewith) 89 N. Y. Supp. 948.

CHASE, Respondent, v. DRAKE, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Durfee C. Chase against Katharine E. Drake. No opinion. Motion denied, without costs.

In re CITIZENS' WATER SUPPLY CO. OF NEWTOWN. (Supeme Court, Appellate Division, Second Department. October 11, 1904.) In the matter of the petition of the Citizens' Water Supply Company of Newtown relative to acquiring title to real estate. No opinion. Motion granted, and order amended by striking out the award of costs and disbursements on appeal.

CITY OF MIDDLETOWN, Respondent, v. ÆTNA INDEMNITY CO. OF HARTFORD, CONN., Appellants, et al. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by the city of Middletown against the Ætna Indemnity Company of Hartford, Conn., impleaded with others. No opinion. Motion denied, without costs.

CITY OF MT. VERNON, Respondent, v. KENLON, et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by the city of Mt. Vernon against Andrew M. Kenlon and others.
PER CURIAM. Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Motion to amend order and judgment of affirmance denied, without costs. As to the leave to answer, we understand that the permission granted by the interlocutory judgment is not destroyed by our affirmance of that judgment.

In re CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. November 23, 1904.) In the matter of the application of the city of New York to acquire title to property to widen Clinton avenue. No opinion. Leave to serve reply brief granted, provided the same is served and filed within five days.

In re CITY OF ROCHESTER. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) In the matter of the application of the city of Rochester to acquire certain lands in the town of Brighton, adjoining the city of Rochester. No opinion. Order affirmed, with $10 costs and disbursements.

CHAMBERS, Respondent, v. HOWARD, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by William G. Chambers against Henry A. Howard, individually and as executor, etc., of Clarissa Ordway, deceased. No opinion. Judgment unanimously affirmed, with costs.